JAMES B. DIAMOND *v.* GEORGE MARCINEK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 353, is granted, limited to the following question:

"In the circumstances of this case, was the plaintiff entitled to rescission and restitution relating to rescission because of the defendants' failure to disclose the existence of a service station in violation of General Statutes §§ 22a-134 or 22a-134a or applicable administrative regulations?"

*Kenneth J. McDonnell,* in support of the petition.

*Richard F. Paladino,* in opposition.

Decided July 9, 1992

JACQUELINE M. WANTA *v.* ROBERT J. WANTA

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 913, is denied.

*Robert J. Wanta,* pro se, in support of the petition.

*Roberta S. Friedman,* in opposition.

Decided July 9, 1992

LINDA CHRISTOPHERSON *v.* HALLMARK CARDS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 917, is denied.

BERDON, J., did not participate.

*Paul A. Scholder,* in support of the petition.

Decided July 9, 1992